UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VANN HOW,

    Petitioner,

v.

ERIC HOLDER, Attorney General of the United States, et al.,

    Respondents.

CASE NO. C10-1661-RAJ

ORDER OF DISMISSAL

The court, having reviewed petitioner's Emergency Petition for Writ of Habeas Corpus (Dkt. # 1), the parties' Stipulated Motion for Dismissal Without Prejudice (Dkt. # 10), the Report and Recommendation of the Honorable Mary Alice Theiler (Dkt. # 11), United States Magistrate Judge, and the remaining record, finds and orders as follows:

(1) The court adopts the Report and Recommendation.

(2) This action is voluntarily DISMISSED without prejudice and without award of costs to either party.

(3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 22nd day of November, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1